UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                      HONORABLE PAUL L. MALONEY

v.                                     Case No. 1:08-cr-274-01

ALVIN KEITH JACKSON,

      Defendant.

_____/

## ORDER DENYING MOTION FOR MODIFICATION
## OR REDUCTION OF SENTENCE

Defendant Alvin Keith Jackson has filed a motion for modification or reduction of sentence pursuant to 18 U.S.C. §3582(c)(2) based on the modification of the Drug Quantity Table with respect to drug quantity.

Section 3582(c)(2) permits a court to reduce the term of imprisonment of a defendant who has been sentenced based on a sentencing range that has subsequently been lowered by the Sentencing Commission. 18 U.S.C. § 3582(c)(2). Amendment 782 of the United States Sentencing Guidelines modified U.S.S.G. § 2D1.1, the Drug Quantity Table with regard to drug quantity, and U.S.S.G. § 2D2.1(b). These modifications were made retroactive effective November 1, 2014. U.S.S.G. § 1B1.10(c).

However, the amendment is of no assistance to Defendant. Defendant was held responsible for 1,080 kilograms of cocaine, well above the 450 kilogram threshold necessary to reach the highest base offense level. His original guideline range of 235 to 293 months has not

been lowered as a result of the Amendment.  Therefore, Defendant is ineligible for relief pursuant to Amendment 782.  Accordingly, Defendant's motion is **DENIED**.

    **IT IS SO ORDERED**.


Dated:  February 16, 2016                                    /s/   Paul L. Maloney  
                                                                  Paul L. Maloney  
                                                                  United States District Judge